HARRY L. SINGER, Respondent, *v.* AQUITANIA REALTY Co., INC., Appellant.

(Submitted April 23, 1929; decided May 28, 1929.)

*Bernard J. Vincent* for appellant.

*Benjamin Reass* and *David F. Cohen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.